# Third District Court of Appeal

## State of Florida

Opinion filed January 14, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-681
Lower Tribunal No. 15-30190-CA-01
_____

**Elizabeth Nesbitt,**
Appellant,

vs.

**SafePoint Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David Craig Miller, Judge.

Giasi Law, P.A., and Melissa A. Giasi (Tampa), for appellant.

Bickford & Chidnese, LLP, and Patrick M. Chidnese and Frieda C. Lindroth (Tampa), for appellee.

Before FERNANDEZ, LOGUE and GORDO, JJ.

PER CURIAM.

Affirmed. See Metro. Dade Cnty. v. Martinsen, 736 So. 2d 794, 794-95

(Fla. 3d DCA 1999) (concluding that "trial court abused its discretion in failing

to dismiss the case" where "plaintiff's misrepresentations and omissions about her accident and medical history in interrogatories and in deposition went to the heart of her claim and subverted the integrity of the action"); Long v. Swofford, 805 So. 2d 882, 884 (Fla. 3d DCA 2001) ("A trial court has a duty and an obligation to dismiss a cause of action based upon fraud.").